Name: MR. MELVIN SHIELDS 47149#

Address: HCF PO BOX 1568
Hutchinson Kansas, 67504
Hutchinson Corr Facility

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Mr. Melvin L. Shields Sr., Plaintiff (Full Name)

21 v.

Defendants, See Attached Affidavit in Support of 42 USCS 1983, Defendant(s)

CASE NO. 23-3183-JWL (To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Melvin Shields 47149 (Plaintiff), is a citizen of Kansas (State) who presently resides at Hutchinson Corr. Facility · HCF PO BOX 1568 Hutchinson Kansas 67504 (Mailing address or place of confinement.)

2) Defendant 21 Defendants: See attached Affidavit plus (32) Exhibits. (Name of first defendant) is a citizen of _____ (City, State), and is employed as _____ (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

Please see: Attached Affidavit in Support of 1983; plus (32) Exhibits.

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          1

3) Defendant **PLEASE SEE; ATTACHED Affidavit** is a citizen of
   (Name of second defendant)

   _____, and is employed as
   (City, state)

   _____. At the time the
   (Position and title, if any)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

   _____

   _____

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   **PLEASE SEE; ATTACHED Affidavit in Support of 42 U.S.C.S 1983 Civil Rights Suit with (32) Exhibits Attached.**

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

2

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

   A) (1) Count I: _Please see attached Affidavit in Support of 42 USCS 1983 plus (32) Exhibits_

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

   B) (1) Count II: _____

   (2) Supporting Facts: _____

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                    3

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number _____

   _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

   d) Issues raised _____

   _____

Case 5:23-cv-03183-JWL   Document 1   Filed 07/27/23   Page 5 of 5

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☑. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

pLEASE SEE: attached Affidavit in Support of 42 U.S.C.S 1983 civil suit plus (32) Exhibits attached.

_____    _____
Signature of Attorney (if any)           Signature of Plaintiff

_____
(Attorney's full address and telephone number)

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                    5